IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-02157-MSK-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EDWARD L. SANTOS, JR.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Motion for Return of Original Promissory Notes (*doc. no. 15)* is **GRANTED**. The Clerk of Court shall return to counsel for the Plaintiff the original promissory notes that were conventionally filed herein.

**DATED:**    July 19, 2007